UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 15-1299-MWF(JEMx)**                              Dated: **August 17, 2015**

Title:     Edward C. Hendricks -*v*- Wells Fargo Bank, N.A., et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

      Rita Sanchez                          Lisa Gonzalez
      Courtroom Deputy             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

      Tony Card                              Viddell Lee Heard, Jr.

**PROCEEDINGS:**     **MOTION TO DISMISS SECOND AMENDED COMPLAINT [29]**

      The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

      Case called, and counsel make their appearance. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk  RS
: 02   min